**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **CANDICE COOLEY,**<br>***Plaintiff,***<br><br>**v.**<br><br>**UNITED PARCEL SERVICE,**<br>***Defendant.*** | **Civil No. 24-2404** |

**ORDER**

**AND NOW**, this 19th day of October, 2026, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 54), all corresponding briefing and oral argument thereon, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum. The Clerk of Court is directed to **CLOSE** this case.

**BY THE COURT:**

MARY KAY COSTELLO, J.